UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BUFORD,<br>　　　　Plaintiff,<br>　　v.<br>MEDICAL SOLUTIONS, L.L.C.,<br>　　　　Defendant. | Case No. 18-cv-04864-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 3, 2020 at 2:00 p.m. |
| PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND<br>DEFENDANT'S MOTION TO DENY CLASS CERTIFICATION | Filed August 1, 2019 |
| OPPOSITIONS TO MOTIONS | September 3, 2019 |
| REPLIES TO MOTIONS | September 24, 2019 |
| HEARING ON MOTIONS | October 22, 2019 at 2:00 p.m. |
| NON-EXPERT DISCOVERY CUTOFF: | January 17, 2020 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: April 1, 2020<br>Rebuttal: May 1, 2020 |
| EXPERT DISCOVERY CUTOFF: | May 20, 2020 |

1       The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 10, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge