# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURA BUFORD,**<br>Plaintiff,<br>vs.<br>**MEDICAL SOLUTIONS, L.L.C.,**<br>Defendant. | CASE NO. 18-cv-04864-YGR<br><br>**ORDER DENYING REQUEST FOR STAY PENDING MEDIATION WITHOUT PREJUDICE**<br>Re: Dkt. No. 24 |

The Court has received parties' stipulation and request to temporarily stay case pending completion of mediation on October 11, 2019. (Dkt. No. 24.)

The Court does not find good cause exists to abort the schedule in this case. The parties' request is based on a limited choice of mediators. JAMS has more than 400 retired state and federal judges and attorneys, ADR Services has over 130 neutrals, including former members of the federal court. Plaintiff's motion for class certification is due August 1, 2019 and the discovery cutoff is January 17, 2020.

A delay for a mediation to occur in October is not acceptable when other mediators are available. Accordingly, the Court **DENIES** the parties' request without prejudice to resubmitting with a mediator who is available much sooner than October 2019.

This Order terminates Docket Number 24.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**